AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Property as particularly described in the Affidavit of<br>Special Agent Kelsie Rubino dated May 13, 2022 | Case No.<br>2:22-cr-00605 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the  **Northern**  District of  **Ohio**  be seized as being subject to forfeiture to the United States of America. The property is described as follows:

2019 Ford F-150, VIN: 1FTEW1E52KKC04644;
2021 Polaris Sportsman 450 H.O., VIN: 4XASEE504MA704239
Real Property, Address:
2317 Raintree Street Northeast, Canton, Ohio 44705, Parcel:
5213514 and 5213506

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
          The Honorable Molly H. Cherry                         .
          *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   05/13/2022 11:20AM              *Judge's signature*

City and state:   Charleston, SC              Molly H. Cherry, United States Magistrate Judge
                                              *Printed name and title*